# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Mallory Dillon
v.
Equifax Information Services, LLC
and WFS Financial, Inc.

Case Number:

```
FILED: APRIL 29, 2008
08CV2437 RCC
JUDGE LEFKOW
MAG. JUDGE DENLOW
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff - Mallory Dillon

| | |
|---|---|
| **NAME** (Type or print) <br> Larry P. Smith | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Larry P. Smith | |
| **FIRM** <br> Larry P. Smith & Associates, Ltd. | |
| **STREET ADDRESS** <br> 205 N. Michigan Ave., Suite 4000 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60601 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6217162 | **TELEPHONE NUMBER** <br> 312-222-9028 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐