## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MALLORY DILLON, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 08-CV-243-RCC |
| | ) | |
| vs. | ) | |
| | ) | Judge Lefkow |
| EQUIFAX INFORMATION SERVICES, INC., | ) | |
| WFS FINANCIAL, INC., | ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

### DEFENDANT EQUIFAX INFORMATION
### SERVICES LLC'S CORPORATE DISCLOSURE

Per Fed. R. Civ. P. 7.1 and LR3.2, Equifax Information Services LLC, states that it is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

Respectfully submitted,

EQUIFAX INFORMATION SERVICES LLC


By:    /s/ Michael D. Douglas
       One of their Attorneys

Michael D. Douglas
KING & SPALDING, LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
Phone: (404) 572-4600
Fax: (404) 572-5100
mdouglas@kslaw.com

Carina M. Segalini
POLSINELLI SHALTON FLANIGAN SUELTHAUS, PC
180 N. Stetson Avenue, Suite 4525
Chicago, Illinois 60601
Telephone: (312) 819-1900
Facsimile: (312) 819-1910
csegalini@polsinelli.com

5141309

US1900 9157392.1

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath, deposes and says that the foregoing **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CORPORATE DISCLOSURE STATEMENT** was served upon the following named parties or counsel of record:

Larry P. Smith, Esq.
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
*Attorney for Plaintiff*

by the Court's CM/ECF system on June 18, 2008.

/s/ Michael D. Douglas