# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08-cv-2437

MALLORY DILLON
v.
EQUIFAX INFORMATION SERVICES, INC., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant WFS Financial, Inc.

| NAME (Type or print) |
|---|
| Brian P. O'Meara |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Brian P. O'Meara |

| FIRM |
|---|
| McGuireWoods LLP |

| STREET ADDRESS |
|---|
| 77 W. Wacker Drive, Suite 4100 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275625 | (312) 849-8100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2008, I filed the foregoing **APPEARANCE OF BRIAN P. O'MEARA** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

>Michael D. Douglas
>KING & SPALDING, LLP
>1180 Peachtree Street N.E.
>Atlanta, GA 30309-3521
>(404) 572-4600
>mdouglas@kslaw.com


>Carina M. Segalini
>POLSINELLI SHALTON FLANIGAN SUELTHAUS, PC
>180 N. Stetson Avenue
>Suite 4525
>Chicago, IL 60601
>(312) 819-1900
>csegalini@polsinelli.com


>Larry P. Smith, Esq.
>Alyssa Hicks Blackwell
>LARRY P. SMITH & ASSOCIATES, LTD.
>205 N. Michigan Avenue
>40th Floor
>Chicago, IL 60601
>lsmith@lpsmithlaw.com
>ablackwell@lpsmithlaw.com

                                                /s/ Brian P. O'Meara