**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MALLORY DILLON, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:08-CV-02437 |
| | ) | |
| vs. | ) | |
| | ) | Judge Lefkow |
| EQUIFAX INFORMATION SERVICES, INC., | ) | |
| WFS FINANCIAL, INC., | ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

Equifax Information Services LLC ("Equifax") hereby notifies the Court that Plaintiff Mallory

Dillon and Defendant Equifax have settled all claims between them in this matter and are in the process of

completing the final closing documents and filing the dismissal.  The parties request that the Court retain

jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated:  July 1, 2008

                          Respectfully submitted,

                          EQUIFAX INFORMATION SERVICES LLC


                          By:     /s/ Michael D. Douglas
                                   One of their Attorneys

                                   Michael D. Douglas
                                   KING & SPALDING, LLP
                                   1180 Peachtree Street N.E.
                                   Atlanta, Georgia  30309-3521
                                   Phone:  (404) 572-4600
                                   Fax:  (404) 572-5100
                                   mdouglas@kslaw.com

                                   Carina M. Segalini
                                   POLSINELLI SHALTON FLANIGAN
                                   SUELTHAUS, PC
                                   180 N. Stetson Avenue, Suite 4525
                                   Chicago, Illinois 60601
                                   Telephone:  (312) 819-1900
                                   Facsimile:  (312) 819-1910

csegalini@polsinelli.com

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by using the CM/ECF

system on July 1, 2008 on all counsel or parties of record on the attached service list.

Larry P. Smith
Alyssa Hicks Blackwell
Larry P. Smith & Associates, Ltd.
205 N. Michigan Ave.
Suite 4000
Chicago, IL 60601
(312) 222-9028
Attorneys for Plaintiff Mallory Dillon


David L. Hartsell
Brian P. O'Meara
McGuireWoods, LLP
77 West Wacker Drive
Suite 4400
Chicago, IL 60601-7567
(312)849-8100

Attorneys for Defendant WFS Financial, Inc.

/s/ Michael D. Douglas