IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALLORY DILLON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08-CV-2437 |
| ) | |
| EQUIFAX INFORMATION SERVICES, LLC, ) | Judge Lefkow |
| and ) | |
| WFS FINANCIAL, INC., ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the parties, that said action against EQUIFAX INFORMATION SERVICES, LLC, be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said action against EQUIFAX INFORMATION SERVICES, LLC was brought having been fully settled, compromised and adjourned.

DATED THIS _7th_ day of July, 2008.


__/s Larry P. Smith_____
Larry P. Smith
Larry P. Smith & Associates, Ltd.
For Plaintiff


__/s Michael D. Douglas_____
Michael D. Douglas
King & Spalding
For Defendant


Name:          LARRY P. SMITH & ASSOCIATES, LTD.
Attorney for:  Plaintiff
Address:       205 N. Michigan Ave., 40th floor
City:          Chicago, Illinois 60601
Telephone:     (312) 222-9028
E-mail:        lsmith@lpsmithlaw.com