## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MALLORY DILLON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08-CV-2437 |
| ) | |
| EQUIFAX INFORMATION SERVICES, LLC, ) | Judge Lefkow |
| and ) | |
| WFS FINANCIAL, INC., ) | |
| Defendant. ) | |

## NOTICE OF FILING

Mr. Michael D. Douglas
King & Spalding
1180 Peachtree Street, NE
Atlanta GA 30309
Email: mdouglas@kslaw.com

Mr. David L. Hartsell
McGuireWoods, LLP
77 West Wacker Drive, Suite 4400
Chicago Illinois 60601
Email: DHartsell@mcguirewoods.com

  PLEASE TAKE NOTICE THAT On July 7, 2008, there was filed in the United States District Court for the Northern District of Illinois, a **Stipulation of Dismissal**, a copy of which is attached hereto and herewith served upon you.

**Name:**  Larry P. Smith & Associates, Ltd.
**Attorney for:**  Plaintiff
**Address:**  205 N. Michigan Ave, Suite 4000
**City:**  Chicago, Illinois 60601
**Telephone:**  (312) 222-9028

## PROOF OF SERVICE BY MAIL

  I, the undersigned, an attorney, certify that I served this notice by mailing a copy to the above named parties by depositing the same in the U.S. Mail at 205 N. Michigan Avenue, Chicago, Illinois, at 5:00 p.m. on July 7, 2008, with proper postage prepaid.

            By: ___/s Larry P. Smith_____
              Attorney for Plaintiff