IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALLORY DILLON, ) | |
| ) | |
| Plaintiff, ) | Case No. 08-cv-2437 |
| ) | |
| v. ) | Judge Lefkow |
| ) | Magistrate Judge Denlow |
| EQUIFAX INOFRMATION SERVICES, ) | |
| INC.; and WFS FINANCIAL, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT WFS FINANCIAL, INC.'S SECOND MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

NOW COMES Defendant WFS Financial, Inc. ("WFS"), by and through its undersigned counsel, and for its Second Motion for Extension of Time to Respond to Complaint, states as follows:

1. WFS' responsive pleading in this case was originally due on June 30, 2008. On June 26, 2008, the Court granted WFS an additional 14 days, through July 10, 2008, to file its responsive pleading.

2. Since that time, the parties have been discussing settlement. Defendant Equifax has already settled with plaintiff. WFS anticipates that it will also be able to reach an agreement with plaintiff but needs additional time to conclude those negotiations.

WHEREFORE, WFS respectfully requests that this Court grant an additional extension of time, up to and including July 24, 2008, for WFS to answer or otherwise plead to plaintiff's Complaint.

Dated: July 10, 2008                                  Respectfully Submitted,

                                                       WFS FINANCIAL, INC.

By:  <u>  /s/  David L. Hartsell            </u>
  One of its Attorneys

  David L. Hartsell
  Brian P. O'Meara
  McGUIREWOODS LLP
  77 W. Wacker Drive, Ste. 4100
  Chicago, Illinois 60601-1815
  (312) 849-8100
  (312) 849-3690 (fax)
  dhartsell@mcguirewoods.com
  bomeara@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2008, I electronically filed the foregoing **DEFENDANT WFS FINANCIAL, INC.'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael D. Douglas
KING & SPALDING, LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
(404) 572-4600
mdouglas@kslaw.com


Carina M. Segalini
POLSINELLI SHALTON FLANIGAN SUELTHAUS, PC
180 N. Stetson Avenue
Suite 4525
Chicago, IL 60601
(312) 819-1900
csegalini@polsinelli.com


Larry P. Smith, Esq.
Alyssa Hicks Blackwell
LARRY P. SMITH & ASSOCIATES, LTD.
205 N. Michigan Avenue
40th Floor
Chicago, IL 60601
lsmith@lpsmithlaw.com
ablackwell@lpsmithlaw.com

                                                 /s/ David L. Hartsell

\6402575.1