IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALLORY DILLON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-cv-2437 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | Magistrate Judge Denlow |
| EQUIFAX INOFRMATION SERVICES, INC.; and WFS FINANCIAL, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To: See Attached

PLEASE TAKE NOTICE that on **Thursday, July 24, 2008**, at the hour of **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan Humphrey Lefkow or any judge sitting in her stead at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 1925, and then and there present the attached **DEFENDANT WFS FINANCIAL, INC.'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**, a copy of which is served upon you.

Dated: July 10, 2008

Respectfully Submitted,

WFS FINANCIAL, INC.

By: ___/s/ David L. Hartsell___
One of its Attorneys

David L. Hartsell
Brian P. O'Meara
McGUIREWOODS LLP
77 W. Wacker Drive, Ste. 4100
Chicago, Illinois 60601-1815
(312) 849-8100
(312) 849-3690 (fax)
dhartsell@mcguirewoods.com
bomeara@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2008, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Michael D. Douglas
>KING & SPALDING, LLP
>1180 Peachtree Street N.E.
>Atlanta, GA 30309-3521
>(404) 572-4600
>mdouglas@kslaw.com


>Carina M. Segalini
>POLSINELLI SHALTON FLANIGAN SUELTHAUS, PC
>180 N. Stetson Avenue
>Suite 4525
>Chicago, IL 60601
>(312) 819-1900
>csegalini@polsinelli.com


>Larry P. Smith, Esq.
>Alyssa Hicks Blackwell
>LARRY P. SMITH & ASSOCIATES, LTD.
>205 N. Michigan Avenue
>40th Floor
>Chicago, IL 60601
>lsmith@lpsmithlaw.com
>ablackwell@lpsmithlaw.com

      /s/ David L. Hartsell

\6403113.1