**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Mallory Dillon
                                        Plaintiff,
v.                                                     Case No.: 1:08−cv−02437
                                                       Honorable Joan H. Lefkow
Equifax Information Services, LLC, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

    MINUTE entry before the Honorable Joan H. Lefkow:Scheduling Conference is
reset from 7/24/2008 to 7/31/2008 at 10:00 AM by agreement. It has been reported that
this case is settled. If dismissal papers are submitted to the court prior to 7/31/2008, the
conference will be removed from the court call. Defendant's motion for extension of time
to answer [18] is granted. Time for defendant to answer or otherwise plead is extended to
7/31/2008.Telephoned and mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.