**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MALLORY DILLON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08-CV-2437 |
| ) | |
| EQUIFAX INFORMATION SERVICES, LLC, ) | Judge Lefkow |
| and ) | |
| WFS FINANCIAL, INC., ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the parties, that said action against WFS FINANCIAL, INC., be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

DATED THIS __25th__ day of July, 2008.


__/s Larry P. Smith_____
Larry P. Smith,
Larry P. Smith & Associates, Ltd.
For Plaintiff


__/s David Hartsell_____
David Hartsell
McGuire Woods, LLP
For Defendant, WFS Financial, Inc.


Name:        LARRY P. SMITH & ASSOCIATES, LTD.
Attorney for: Plaintiff
Address:     205 N. Michigan Ave., 40th floor
City:        Chicago, Illinois 60601
Telephone:   (312) 222-9028
E-mail:      lsmith@lpsmithlaw.com