**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MALLORY DILLON, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 08-CV-2437 |
| EQUIFAX INFORMATION SERVICES, LLC, and WFS FINANCIAL, INC., | ) | Judge Lefkow |
| Defendant. | ) | |

**NOTICE OF FILING**

Mr. David L. Hartsell          Mr. Michael D. Douglas
McGuireWoods, LLP              King & Spalding
77 West Wacker Drive, Suite 4400   1180 Peachtree Street, NE
Chicago, Illinois 60601        Atlanta GA 30309
Email: dhartsell@mcguirewoods.com   Email: mdouglas@kslaw.com

PLEASE TAKE NOTICE THAT On July 25, 2008, there was filed in the United States District Court for the Northern District of Illinois, a **Stipulation of Dismissal,** a copy of which is attached hereto and herewith served upon you.

**Name:**        Larry P. Smith & Associates, Ltd.
**Attorney for:** Plaintiff
**Address:**     205 N. Michigan Ave, Suite 4000
**City:**        Chicago, Illinois 60601
**Telephone:**   (312) 222-9028

**PROOF OF SERVICE BY MAIL**

I, the undersigned, an attorney, certify that I served this notice by e-mailing a copy to the above named parties from 205 N. Michigan Avenue, Chicago, Illinois, at or before 5:00 p.m. on July 25, 2008.

By: ___*/s Larry P. Smith*_____
Attorney for Plaintiff